**PRIORITY SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 08-1118-VAP (CTx)                    Date:  September 30, 2008

Title:   US BANK NATIONAL ASSOCIATION -v- MICHAEL DRABEK, et al.
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   MINUTE ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT, SAN BERNARDINO COUNTY (IN CHAMBERS)

   Defendant Michael Drabek has failed to respond to the Court's Order to Show Cause, entered September 23, 2008.  Finding no grounds for federal jurisdiction in this case, the Court REMANDS the action to the California Superior Court, San Bernardino County.  Plaintiff's Motion to Remand the Case is now moot; the hearing set on October 6, 2008 at 10:00 a.m. is VACATED.

   **IT IS SO ORDERED.**

MINUTES FORM 11                                                Initials of Deputy Clerk __md___
CIVIL -- GEN                             Page 1